IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LOWANDA C. STRICKAND, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:10-cv-03138-RLV |
| vs . | ) ) ) ) | JUDGE ROBERT L. VINING, JR. |
| YINKA T. OMOLE, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF, STRICKLAND'S MOTION FOR ATTORNEYS' FEES**

Pursuant to Local Rule 54.2 and 31 U.S.C. § 3730(d)(1), Plaintiff, Lowanda Strickland, by and through their counsel of record, hereby moves the Court for an award of attorneys' fees in the preliminary amount of $15,313.00. These fees were incurred in connection with the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b). Pursuant to the Settlement Agreement signed by Plaintiffs and Defendant and the Joint Notice of Voluntary Dismissal signed by Plaintiff, United States of America, and Defendant filed on February 6, 2012, Plaintiff, Lowanda Strickland's, claim for attorney's fees pursuant 31 U.S.C. § 3730(d)(1) was not dismissed and remains an issue to be determined by this Court.

Plaintiff seeks an award of reasonable attorneys' fees for the services of her attorneys.

The total amount of fees preliminarily sought is equal to $15,313.00. Plaintiff, Strickland's , motion will be supplemented with detailed specifications and itemization along with appropriate affidavits and other supporting documentation as set forth in Local Rule 54.2(2).

WHEREFORE, Plaintiff, Strickland, respectfully request an award of reasonable attorney's fees.

Respectfully submitted this 8th day of March 2012.

**ATLANTA LEGAL AID SOCIETY INC.**

By: s/Martha Fineman-Sowers
Georgia bar No. 290206
Mafineman-sowers@atlantalegalaid.org
Atlanta Legal Aid Society, Inc.
151 Spring Street N.W.
Atlanta, Georgia 30308
Telephone: 404.614-3909
Facsimile: 404.614-3981

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing PLAINTIFF'S MOTION FOR ATTORNEYS' FEES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Yinka T. Omole

    ylawfmn@gmail.com

2. Daniel A. Caldwell

    dan.caldwell@usdoj.gov

This the 8th day of March 2012,

          **ATLANTA LEGAL AID SOCIETY INC.**

By: s/Martha Fineman-Sowers
Georgia bar No. 290206
Mafineman-sowers@atlantalegalaid.org
Atlanta Legal Aid Society, Inc.
151 Spring Street N.W.
Atlanta, Georgia 30308
Telephone: 404.614-3909
Facsimile: 404.614-3981