FILED IN CHAMBERS
U.S.D.C. - Rome

JUL 09 2012

JAMES N. HATTEN, Clerk
                   Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., LAWANDA C. STRICKLAND, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:10-CV-3138-RLV |
| YINKA OMOLE, | |
| Defendant. | |

O R D E R

On May 7, 2012, the court awarded the plaintiff Strickland attorney's fees in the amount of $14,775.00. On May 22, 2012, the defendant filed a "motion to set aside the orders of May 7, 2012 and March 29, 2012" [Doc. No. 23]. In her motion, the defendant argues that she did not receive proper notice of plaintiff Strickland's motion for attorney's fees and that this court erred by entering attorney's fees against her without proper notice. The court agrees with the defendant and concludes that this court's May 7, 2012, order must be set aside.

While there is a dispute between plaintiff Strickland and the defendant regarding whether the defendant had access to CM/ECF and whether the defendant had constructive notice of plaintiff Strickland's motion for attorney's fees, it is undisputed that

plaintiff Strickland did not personally serve the defendant. The defendant argues that if she had proper notice of the motion for attorney's fees she would have filed a response in opposition to plaintiff Strickland's motion.

Because the court concludes that the defendant did not receive proper notice of the motion for attorney's fees filed by plaintiff Strickland, the court GRANTS the defendant's "motion to set aside the orders of May 7, 2012, and March 29, 2012," [Doc. No. 23] to the extent that this motion sought to vacate this court's May 7, 2012, order. However, the court DENIES the defendant's motion to the extent that the defendant sought to vacate a non-existent March 29, 2012, order. Therefore, the court VACATES this court's May 7, 2012, order. The court will schedule a hearing on plaintiff's motion for attorney's fees via separate order.

SO ORDERED, this 9TH day of July, 2012.

ROBERT L. VINING, JR.
Senior United States District Judge