FILED IN CHAMBERS
U.S.D.C. - Rome
JAN 25 2013
JAMES N. HATTEN, Clerk
                Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LOWANDA C. STRICKLAND, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:10-CV-3138-RLV |
| YINKA T. OMOLE, | |
| Defendant. | |

### O R D E R

Before this court are the defendant's motion to dismiss for lack of jurisdiction [Doc. No. 33], plaintiffs' motion for attorney's fees [Doc. No. 19], and plaintiffs' motion to extend the time to file attorney's fees nunc pro tunc [Doc. No. 35].

In the defendant's motion to dismiss, the defendant contends that this court doesn't have jurisdiction to hear the plaintiff's motion for attorney's fees because the motion for attorney's fees was filed after the 14-day time limit under Federal Rule of Civil Procedure 54. The defendant contends that the Joint Notice of Voluntary Dismissal, which was filed on February 6, 2012, was a final judgment and, therefore, Rule 54 requires motions for fees to be filed no later than 14 days after the entry of judgment. The

defendant points out that the plaintiffs' motion for attorney's fees was filed on March 8, 2012.

The plaintiffs argue that the Joint Notice of Voluntary Dismissal was not a final judgment as the term is defined in Rule 54 and, therefore, the motion for attorney's fees was timely. The court agrees with the plaintiffs.

Rule 54 defines a "judgment" as "any order from which an appeal lies." The Joint Notice of Voluntary Dismissal was entered by the Clerk of Court, which was not a final judgment under Rule 54 because it was not immediately appealable because the parties agreed that the assessment of attorney's fees and other costs remain to be decided by the court. Importantly, the Joint Notice of Voluntary Dismissal dismissed all claims for relief "other than any claims by relator Lowanda C. Strickland for costs, fees, and other expenses against defendant Yinka T. Omole pursuant to 31 U.S.C. § 3730(d)(1), which includes attorney's fees as provided by that statute. Therefore, claims for attorney's fees and other costs remained before the court. This court retains jurisdiction over the case until a final judgment is entered.

Furthermore, 31 U.S.C. § 3730(b)(1) provides that this action may be dismissed only if the court gives written consent to the

2

dismissal. Having not previously provided consent to any dismissal, the court retains jurisdiction.

Additionally, even if the plaintiffs' motion for attorney's fees was untimely, the court finds that there was excusable neglect and would have permitted the plaintiffs to file their motion for attorney's fees under Federal Rule of Civil Procedure 6(b) nunc pro tunc.

Plaintiff United States of America, relator Lowanda C. Strickland, and defendant Yinka T. Omole having submitted their Joint Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1), with good cause having been shown,

IT IS HEREBY ORDERED that all claims in the Complaint by relator Lowanda C. Strickland and Complaint In Intervention by plaintiff United States of America are dismissed with prejudice. Additionally, for the reasons stated above, the court DENIES the defendant's motion to dismiss [Doc. No. 33], DENIES, as moot, plaintiffs' motion to extend the time to file attorney's fees [Doc. No. 35], and GRANTS the plaintiffs' motion for attorney's fees [Doc. No. 19]. The plaintiffs' counsel is entitled to attorney's fees as requested in their affidavits, including the supplemental attorney's fees for responding to the instant motion by the

3

defendant, in the amount of $11,200 plus $14,775 for a total of $25,975.

SO ORDERED, this 25th day of January, 2013.

/ ROBERT L. VINING, JR.
Senior United States District Judge

4